IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINCOLN COMPOSITES, INC.,<br><br>                Plaintiff,<br><br>     vs.<br><br>FIRETRACE USA, LLC,<br><br>                Defendant. | **4:12CV3142**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED that the parties' joint motion to enter a Third Amended Progression Order, (Filing No. 28), is granted, in part, as follows:

1) The conference call to discuss the status of case progression and potential settlement, previously set for October 24, 2013, is continued to **November 12, 2013** at **9:00 a.m**. Counsel for plaintiff shall place the call.

2) Since the parties intend to currently focus their discovery efforts on preparing for mediation, the written discovery, deposition, and dispositive motion deadlines, and the trial and pretrial conference settings, are continued and will be reset, if necessary, during the November 12 conference call.

September 3, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge