IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINCOLN COMPOSITES, INC., | ) | 4:12CV3142 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FIRETRACE USA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      IT IS ORDERED that the parties' stipulated motion for extension of time (filing 38) is granted, as follows:

      Defendant shall have until June 3, 2014, to file a reply regarding its motion for summary judgment (filing 33).

      DATED this 28th day of May, 2014.

                            BY THE COURT:

                            s/ Richard G. Kopf
                            Senior United States District Judge