IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINCOLN COMPOSITES, INC.,<br><br>                Plaintiff,<br><br>     vs.<br><br>FIRETRACE USA, LLC,<br><br>                Defendant. | 4:12CV3142<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1)     The parties' joint motion, (Filing No. 48), is granted.

2)     The court's scheduling order, (Filing No. 31), is amended as follows:

    a.     The plaintiff is permitted to supplement its answers to Firetrace's Third Set of Interrogatories as set forth by Lincoln in its June 2, 2014 submission to Firetrace;

    b.     Deposition discovery is re-opened for the limited purpose of allowing Firetrace to take the deposition of Ken Halvorsen with regard to the Supplemental Answers.

    c.     Firetrace's deadline for filing a Reply Brief in Support of its Motion for Sanctions for Spoliation of Evidence is extended to July 16, 2014.

    d)     The trial of this case, previously set to commence on August 11, 2014, will commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **October 14, 2014**, or as soon thereafter as the case may be called, for a duration of eight (8) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

June 18, 2014.

                                                                BY THE COURT:
                                                                *s/ Cheryl R. Zwart*
                                                                United States Magistrate Judge