IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINCOLN COMPOSITES, INC. | ) | 4:12-CV-3142 |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT FIRETRACE USA, LLC TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| FIRETRACE USA, LLC | ) | |
| | ) | |
| Defendant. | ) | |

Upon stipulation of the Parties and good cause appearing, it is hereby

ORDERED that Defendant Firetrace shall have through and including **August 1, 2014**, to respond to Plaintiff's Opposition to Defendant's Motion for Sanctions.

DATED this 52ýj day of Lwn{, 2014.

BY THE COURT:

Cheryl R. Zwart
United States Magistrate Judge