IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINCOLN COMPOSITES, INC., | ) | 4:12CV3142 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FIRETRACE UNITED STATES OF AMERICA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. Defendant's motion for summary judgment (filing 33) is denied because genuine issues of material fact exist.

2. Plaintiff's motion for leave to file a sur-reply brief (filing 42) is denied without prejudice, as moot.

DATED this 19th day of August, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge