IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA


| | | |
|---|---|---|
| LINCOLN COMPOSITES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 4:12cv3142 |
| | ) | |
| FIRETRACE USA, LLC, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |


        This action came on for trial before the court and a jury, the Honorable John M.
Gerrard, United States District Judge presiding, and the issues having been duly tried and the
jury having duly rendered its verdict in favor of plaintiff, Lincoln Composites, Inc., on its claim for
breach of express warranty.

        IT IS ORDERED AND ADJUDGED that the plaintiff, Lincoln Composites, Inc.,
recover from  the defendant, Firetrace USA, LLC, the sum of nine hundred twenty thousand, two
hundred twenty-seven dollars and seventy-six cents ($920,227.76) in damages and taxable costs
of this action with interest at the rate of .10 percent annum as provided by law.

        Dated at Lincoln, Nebraska, this 24th day of October, 2014.


                                        DENISE M. LUCKS
                                        Clerk of the Court


                                By:  s/ Colleen C. Beran
                                        Deputy Clerk