IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINCOLN COMPOSITES, INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>FIRETRACE USA, LLC,<br><br>                    Defendant. | 4:12-CV-3142<br><br>ORDER |

This matter is before the Court on the Stipulation for Stay and Approval of Supersedeas Bond (filing 95) filed by defendant Firetrace. The parties have agreed that a bond of $930,000.00 is sufficient to secure Lincoln Composites' rights, and the Court likewise finds that this amount is sufficient. *See* Fed. R. Civ. P. 62. Accordingly,

IT IS ORDERED:

1. Firetrace's Stipulation for Stay and Approval of Supersedeas Bond (filing 95) is granted, and execution and levy of the judgment in this case is stayed, on the condition that Firetrace, within 7 days of this order, shall file a supersedeas bond, with acceptable surety (see NECivR 65.1.1) in the amount of $930,000.00.

Dated this 5th day of November, 2014.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge